IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

VS                      CIVIL ACTION NO. 3:24-cv-712-HTW-LGI

MISSISSIPPI STATE SENATE                      DEFENDANTS

## ORDER OF RECUSAL

This cause is before the Court, *sua sponte,* for recusal of LaKeysha Greer Isaac as the United States Magistrate Judge herein. Having considered the standards set forth in 28 U.S.C. §455, the undersigned finds it appropriate to recuse herself from this case.

IT IS, THEREFORE, ORDERED that the undersigned recuses herself from all further proceedings in this case. All motions and other matters, which are the responsibility of the magistrate judge, shall be submitted to the United States Magistrate Judge to whom this case is hereby reassigned.

The Clerk of the Court is hereby directed to reassign this case to another Magistrate Judge in accordance with this Court's practice and procedure.

SO ORDERED this the 8th day of November, 2024.

*s/LaKeysha Greer Isaac*
UNITED STATES MAGISTRATE JUDGE