IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

V.                                      CIVIL ACTION NO. 3:24-cv-712-HTW-LGI

MISSISSIPPI STATE SENATE                                          DEFENDANT

**UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE RESPONSIVE PLEADING**

**COMES NOW** Defendant Mississippi State Senate ("Defendant"), by and through counsel, and files this its Unopposed Motion for Extension of Time in Which to File Responsive Pleading, and in support thereof states:

1. This matter was filed on November 8, 2024, and served on Defendant on November 12, 2024. Pursuant to Federal Rule of Civil Procedure 12, Defendant's responsive pleading is due on December 3, 2024.

2. Due to Thanksgiving holidays and other obligations of undersigned counsel and Defendant, Defendant respectfully requests an additional twenty-eight (28) days, or until December 31, 2024, to file its responsive pleading, allowing Defendant to properly investigate the allegations against it.

3. The requested extension is made in good faith and would not unduly delay these proceedings.

4. Defendant's counsel has conferred with Plaintiff's counsel, who has stated that the United States has no opposition to Defendant's requested extension.

5. Due to the straightforward nature of Defendant's requested extension, it asks that the Court waive Local Rule 7(b)(4)'s requirement of a separate memorandum.

WHEREFORE, PREMISES CONSIDERED, Defendant Mississippi State Senate respectfully requests that the Court enter an Order granting its Unopposed Motion for Extension of Time in Which to File Responsive Pleading, allowing Defendant until December 31, 2024 to file its responsive pleading. Defendant also requests such other and further relief as the Court deems just and appropriate.

THIS the 21st day of November, 2024.

**MISSISSIPPI STATE SENATE**, *Defendant*

**LYNN FITCH**
Attorney General of Mississippi

**BY:** /s/ *Bethany B. Johnson*
Bethany B. Johnson

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
BETHANY B. JOHNSON (MSB # 10423)
LINDSAY THOMAS DOWDLE (MSB #102873)
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
601-359-4245
Bethany.johnson@ago.ms.gov
Lindsay.dowdle@ago.ms.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which provided a copy to all counsel of record.

This, the 21st day of November, 2024.

                                           */s/Bethany B. Johnson*
                                           Bethany B. Johnson