IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | CIVIL ACTION NO. 3:24-cv-712-HTW-ASH |
| MISSISSIPPI STATE SENATE | DEFENDANT |

MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING

COMES NOW Defendant Mississippi State Senate ("Defendant"), by and through counsel, and files this its Unopposed Motion for Extension of Time to File Responsive Pleading, and in support thereof states:

1. This matter was filed on November 8, 2024, and served on Defendant on November 12, 2024. Pursuant to Federal Rule of Civil Procedure 12, Defendant's responsive pleading was due on December 3, 2024.

2. Due to other obligations of undersigned counsel and Defendant representatives, Defendant requested and received an extension of time until December 31, 2024, to file its responsive pleading.

3. While working on the responsive pleading, Defendant has become aware of additional information it needs to assess prior to finalizing the pleading.

4. In addition, recognizing the holiday season and the time away from work for many, Defendant needs additional time to complete and file its responsive pleading.

5. The requested extension is made in good faith and would not unduly delay these proceedings.

6. Defendant's counsel has conferred with Plaintiff's counsel, but does not have an answer at this time as to whether the United States opposes this request or not.

7. Due to the straightforward nature of Defendant's requested extension, it asks that the Court waive Local Rule 7(b)(4)'s requirement of a separate memorandum.

WHEREFORE, PREMISES CONSIDERED, Defendant Mississippi State Senate respectfully requests that the Court enter an Order granting its Unopposed Motion for Extension of Time to File Responsive Pleading, allowing Defendant until January 30, 2025 to file its responsive pleading. Defendant also requests such other and further relief as the Court deems just and appropriate.

THIS the 16th day of December, 2024.

**MISSISSIPPI STATE SENATE**, *Defendant*

**LYNN FITCH**
Attorney General of Mississippi

**BY:** /s/ *Bethany B. Johnson*
Bethany B. Johnson

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
BETHANY B. JOHNSON (MSB # 10423)
LINDSAY THOMAS DOWDLE (MSB #102873)
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220

601-359-4245
Bethany.johnson@ago.ms.gov
Lindsay.dowdle@ago.ms.gov

Armin J. Moeller, Jr. (MSB 3399)
J. Russell Dumas (MSB 105310)
BALCH & BINGHAM LLP
188 East Capitol Street, Suite 1400
Jackson, Mississippi 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466
amoeller@balch.com
rdumas@balch.com

## CERTIFICATE OF SERVICE

  I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which provided a copy to all counsel of record.

  This, the 16th day of December, 2024.

                  */s/Bethany B. Johnson*
                  Bethany B. Johnson