# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**V.**                                **CIVIL ACTION NO: 3:24-cv-00712-HTW-ASH**

**MISSISSIPPI STATE SENATE**                                    **DEFENDANT**

## MOTION TO STAY THE ENTIRETY OF THE PROCEEDINGS – INCLUDING THE DEADLINE FOR RESPONSIVE PLEADING

Because of the Trump Department of Justice's recent internal memorandum issuing a litigation freeze, the Mississippi State Senate ("Senate") moves this Court for an Order staying these proceedings until President Trump's Attorney General and/or Assistant Attorney General for Civil Rights can review this case. The Senate files an accompanying Memorandum Brief in Support of its Motion to Stay the Entirety of the Proceedings – Including the Deadline for Responsive Pleading, and the following exhibits:

- Exhibit A, January 22, 2025, Memorandum for Kathleen Wolfe, Supervisory Official of the Civil Rights Division, SUBJECT: LITIGATION FREEZE.
- Exhibit B, Bethany Johnson's January 24, 2025, Email.
- Exhibit C, Louis Whitsett's January 24, 2025, Email.
- Exhibit D, Armin Moeller's January 24, 2025, Letter.
- Exhibit E, Louis Whitsett's January 27, 2025, Email.

This motion is not being presented for the purpose of delay but rather to conserve the resources of this Court and the Parties.

Respectfully submitted January 27, 2025.

                          MISSISSIPPI STATE SENATE

                BY: *s/ Armin J. Moeller, Jr.*
                     Attorney for Mississippi State Senate

Armin J. Moeller, Jr. (MSB 3399)
Russell Dumas (MSB 105310)
BALCH & BINGHAM LLP
188 East Capitol Street
Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466
amoeller@balch.com
rdumas@balch.com

Lindsey Thomas Dowdle (MSB 102873)
Mississippi Attorney General's Office
550 High Street
Suite 1100
Jackson, MS 39205
Telephone: (601) 359-3020
Facsimile: (601) 359-2003
Lindsay.dowdle@ago.ms.gov

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically on January 27, 2025.

*s/ Armin J. Moeller, Jr.*
Of Counsel

24603180.4