**U. S. Department of Justice**

Office of the Associate Attorney General

---

Washington, D.C. 20530

January 22, 2025

MEMORANDUM FOR KATHLEEN WOLFE, SUPERVISORY OFFICIAL OF THE CIVIL RIGHTS DIVISION

FROM:         THE CHIEF OF STAFF TO THE ATTORNEY GENERAL  *CRM*

SUBJECT:      LITIGATION FREEZE

    Consistent with the Department's goal of ensuring that the Federal Government speaks with one voice in its view of the law and to ensure that the President's appointees or designees have the opportunity to decide whether to initiate any new cases, please immediately take the following steps:

1. Ensure that the attorneys in the Civil Rights Division do not file any new complaints, motions to intervene, agreed-upon remands, amicus briefs, or statements of interest, including in matters approved prior to January 20, 2025, 12:00PM, until further notice.

2. Notify the Chief of Staff to the Attorney General (exercising the authority of the Acting Associate Attorney General) of the matters within the Civil Rights Division where the filing of litigation, intervention, agreed-upon remands, amicus briefs, or statements of interest has been authorized, but not yet filed. In these cases, any authorization previously provided is withdrawn.

3. Notify the Chief of Staff to the Attorney General (exercising the authority of the Acting Associate Attorney General) of any complaints, motions to intervene, agreed-upon remands, amicus briefs, or statements of interest filed by anyone in the Civil Rights Division within the last 90 days.

    Please let the Chief of Staff to the Attorney General (exercising the authority of the Acting Associate Attorney General) know if you have any questions, or if there are any imminent deadlines such that implementing this freeze would effectively prevent the Civil Rights Division from meeting a deadline without immediate action.

Exhibit A