**From:** Bethany Johnson <Bethany.Johnson@ago.ms.gov>
**Sent:** Friday, January 24, 2025 11:46 AM
**To:** Whitsett, Louis (CRT) <Louis.Whitsett@usdoj.gov>
**Cc:** Lindsay Dowdle <Lindsay.Dowdle@ago.ms.gov>; Moeller, Armin <amoeller@balch.com>; Dumas, Russell <rdumas@balch.com>
**Subject:** [EXTERNAL] US DOJ (Metcalfe) v. Mississippi State Senate

Louis,

In light of the DOJ's internal directive to the civil rights division, we understand this to include a stay in any existing litigation, including the Metcalfe matter. If you disagree with this, please advise the basis on which you believe the DOJ has authority to continue this litigation absent further review.

As today is my last day with the AG's office, I have copied all defense counsel on this email and would ask that you reply to all with your response.

Thanks,
Bethany

*Bethany Brantley Johnson*
Special Assistant Attorney General
Mississippi Attorney General's Office
Civil Litigation Division
550 High Street, Suite 1100
Post Office Box 220
Jackson, Mississippi 39201
Bethany.johnson@ago.ms.gov
Telephone: 601-359-4245



**Confidentiality Notice:** This message is being sent by the Office of the Attorney General for the State of Mississippi and is intended only for the use of the individual to whom it is addressed and may contain information that is legally privileged or confidential. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the original sender or the Office of the Attorney General at (601) 359-3680 immediately by telephone or by return email and delete this message from your computer. Thank you.

Exhibit B

2

CONFIDENTIALITY:  This email and any attachments may be confidential and/or privileged and are therefore protected against copying, use, disclosure or distribution.  If you are not the intended recipient, please notify us immediately by replying to the sender and double deleting this copy and the reply from your system.