**From:** Whitsett, Louis (CRT) <Louis.Whitsett@usdoj.gov>
**Sent:** Friday, January 24, 2025 1:25 PM
**To:** Bethany Johnson <Bethany.Johnson@ago.ms.gov>
**Cc:** Lindsay Dowdle <Lindsay.Dowdle@ago.ms.gov>; Moeller, Armin <amoeller@balch.com>; Dumas, Russell <rdumas@balch.com>
**Subject:** RE: US DOJ (Metcalfe) v. Mississippi State Senate

Bethany,

Thank you for your message.  There is no stay in this litigation at this time.

With respect to our authority, you are seeking confidential communications subject to both attorney-client privilege and governmental deliberative process privilege, at a minimum.  We will not be providing that internal information.

We wish you well in your next endeavor.

Sincerely,

Louis

Louis Whitsett
Senior Trial Attorney
U.S. Department of Justice
Civil Rights Division (ELS)
150 M Street, NE (4CON, 9th Floor)
Washington, DC 20530
(202) 305-5828

1

Exhibit C