**From:** Whitsett, Louis (CRT) <Louis.Whitsett@usdoj.gov>
**Sent:** Monday, January 27, 2025 9:55 AM
**To:** Moeller, Armin <amoeller@balch.com>
**Cc:** Dumas, Russell <rdumas@balch.com>; Lindsay Dowdle <Lindsay.Dowdle@ago.ms.gov>
**Subject:** US DOJ (Metcalfe) v. Mississippi State Senate / DOJ response to 1/24 letter

Dear Mr. Moeller,

I am writing to respond to your January 24, 2025 letter (attached).

As we previously advised you via our January 24, 2025 email, there is no stay in this case at this time. Our client has not directed us to seek a stay in this case. Therefore, the Department is not agreeable to a stay of this active litigation at this time. Should that change, we will notify you.

With regard to your request for copies of internal memoranda, you are seeking confidential Department communications subject to both attorney-client privilege and governmental deliberative process privilege, at a minimum. As we previously stated, the Department will not be providing that internal information.

Regards,

Louis Whitsett
Senior Trial Attorney
U.S. Department of Justice
Civil Rights Division (ELS)
150 M Street, NE (4CON, 9th Floor)
Washington, DC 20530
(202) 305-5828

Exhibit E