IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**V.**                      **CIVIL ACTION NO: 3:24-cv-00712-HTW-ASH**

**MISSISSIPPI STATE SENATE**                                         **DEFENDANT**

## THIRD MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant Mississippi State Senate ("Senate") respectfully moves the Court for an extension of time to file its responsive pleading to the Complaint in this case. In support, the Senate states the following:

1. This matter was filed on November 8, 2024, and served on the Senate on November 12, 2024. Pursuant to Federal Rule of Civil Procedure 12, the Senate's responsive pleading was due on December 3, 2024.

2. Due to other obligations of the Senate's counsel and representatives, the Senate requested and received an unopposed extension of time until December 31, 2024, to file its responsive pleading.

3. While working on the responsive pleading, the Senate became aware of additional information it needed to assess prior to finalizing and filing the pleading. The Senate requested and received an extension until January 30, 2025, to file its responsive pleading.

24603176.2

4. On January 22, 2025, President Trump's Department of Justice ("DOJ") Chief of Staff Chad Mizelle issued a "LITIGATION FREEZE" memorandum to DOJ's Civil Rights Division. Based on Chief of Staff Mizelle's "LITIGATION FREEZE" memorandum, the Senate is filing a Motion to Stay Proceedings contemporaneously herewith.

5. This motion is not being presented for the purpose of delay but rather to conserve the resources of this Court and the Parties while the Trump Administration conducts its evaluation of recently filed matters and matters previously approved by the Biden Administration for DOJ action.

6. The requested extension will not cause prejudice to Plaintiff and will not impact the trial or pretrial schedule, as no such schedule has been established.

7. Due to the straightforward nature of this motion, the Senate requests that the Court waive the Uniform Local Civil Rules requirement of a separate memorandum.

WHEREFORE, the Senate respectfully requests the Court to enter an Order extending the deadline for it to respond to the Complaint. Should the Court grant the Senate's Motion to Stay Proceedings, the Senate requests that its responsive pleading be due fourteen (14) days after any such stay is lifted. If the Court denies the Senate's

24603176.2

Motion to Stay Proceedings, the Senate requests that the responsive pleading deadline be extended until fourteen (14) days after the entry of said order.

Date: January 27, 2025.

Respectfully submitted,

*/s/: J. Russell Dumas*
J. Russell Dumas (MSB 105310)
Armin J. Moeller, Jr. (MSB 3399)
BALCH & BINGHAM LLP
188 East Capitol Street, Suite 1400
Jackson, Mississippi 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466
rdumas@balch.com
amoeller@balch.com

Lindsey Thomas Dowdle (MSB 102873)
Mississippi Attorney General's Office
550 High Street
Suite 1100
Jackson, MS 39205
Telephone: (601) 359-3020
Facsimile: (601) 359-2003
Lindsay.dowdle@ago.ms.gov

**ATTORNEYS FOR MISSISSIPPI STATE SENATE**

24603176.2

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

This the 27th day of January. 2025.

>   */s/: J. Russell Dumas*
>   J. Russell Dumas

24603176.2