IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**                             **CIVIL ACTION NO: 3:24-cv-00712-HTW-ASH**

**MISSISSIPPI STATE SENATE**                                    **DEFENDANT**

### ORDER GRANTING UNOPPOSED AMENDED MOTION TO STAY THE ENTIRITY OF THE PROCEEDINGS – INCLUDING THE DEADLINE FOR RESPONSIVE PLEADINGS

This cause comes before the Court on Defendant, the Mississippi State Senate's Unopposed Amended Motion to Stay the Entirety of the Proceedings— Including the Deadline for Responsive Pleadings [Doc. 21] in the above-styled cause. The Court finds that the above-referenced unopposed motion is well-taken and should be **GRANTED**. Accordingly, the Court **ORDERS** the following:

1.  All proceedings, including the responsive pleading deadline, are hereby stayed for ninety (90) days from the date of the entry of this Order. The purpose of the Stay is to allow the Plaintiff, in accordance with the Department of Justice's January 22, 2025, internal memorandum, to review this matter, including whether the alleged discriminatee is exempt from Title VII of the Civil Rights Act of 1964.

2.  The Senate shall have the right to seek an extension of the Stay if Plaintiff, at least seven days prior to the Stay's expiration, has not provided written confirmation to the Senate that the purpose of the Stay, noted above, has been

1

completed, and in that event, the Plaintiff shall not unreasonably withhold its consent to any necessary extension of the Stay.

ORDERED, this the __26__ day of February, 2025.

_____
ANDREW S. HARRIS
UNITED STATES MAGISTRATE JUDGE

Prepared by:
/s/ Lindsay Thomas Dowdle
LINDSAY THOMAS DOWDLE (MSB # 102873)
SPECIAL ASSISTANT ATTORNEY GENERAL
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
550 High Street
Suite 1100
Jackson, MS 39205
Telephone: (601) 359-3020
Facsimile: (601) 359-2003
Lindsay.dowdle@ago.ms.gov
*Counsel for the Mississippi State Senate*