IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Civ. No. 3:24-cv-712-HTW-ASH |
| v. | ) |
| MISSISSIPPI STATE SENATE, | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL UNDER**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff United States of America hereby gives notice that the United States' complaint against Defendant Mississippi State Senate is voluntarily dismissed. Defendant has not served an answer or motion for summary judgment in this action. Accordingly, the United States notices voluntary dismissal of its complaint.

Date: April 15, 2025

Respectfully submitted,

    HARMEET K. DHILLON
    Assistant Attorney General
    Civil Rights Division

    KAREN D. WOODARD
    Chief

BY:    /s/ Louis Whitsett
    VALERIE MEYER, Deputy Chief
    (AZ Bar No. 023737)
    LOUIS WHITSETT, Senior Trial Attorney

(DC Bar No. 257626)
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
4 Constitution Square, 9th Floor
Washington, D.C. 20002
Telephone: (202) 305-5828
Facsimile: (202) 514-1005
Email: Louis.Whitsett@usdoj.gov

Attorneys for Plaintiff United States of America